# Appendix A

## Glossary of Relevant Sexual Terms

Dictionaries Used

| | |
|---|---|
| ODS | John Ayto & John Simpson, *The Oxford Dictionary of Modern Slang* (1992). |
| CSD | *Cassell's Spanish-English, English-Spanish Dictionary* (1978) |
| DAS | Barbara Ann Kipfer & Robert L. Chapman, *Dictionary of American Slang* (4th ed. 2007) |
| MWO | *Merriam-Webster Online Dictionary* (2008), *at* http://www.merriam-webster.com/ |
| MWOD | *Merriam-Webster Open Dictionary*, *at* http://www3.merriam-webster.com/opendictionary/ |
| OED | *The Oxford English Dictionary* (2d ed. 1989), *available with additions and continuous revisions as "OED Online" at* http://dictionary.oed.com/ |
| OSD | *The Online Slang Dictionary*, *at* http://onlineslangdictionary.com/ |
| YDO | *Yiddish Dictionary Online*, *at* http://www.yiddishdictionaryonline.com/ |

Terms are listed as they appear in either or both of the two student notebooks. App'x B, *infra*; *see also* Ozgu Decl. Ex. G. "Breasts," "vagina," "penis," "sexual acts," and "body fluids" are the categories under which the terms are grouped in the student notebooks.

| Term | Dictionary Definition | Source |
|---|---|---|
| Breasts [or mammary glands] | | |
| boobs | [prob. shortening of BOOBY *n.*[2]] *pl.* The breasts. *slang* (orig. *U.S.*). | OED def. 4 of "boob, *n.*" |
| hooters | *often vulgar*: breast—usually used in plural | MWO def. 2 of "hooter" |
| jugs | *slang*. A woman's breast. Usu. in *pl.* | OED def. 2.c of "jug, *n.*[2]" |
| melons | *slang*. In *pl.* Large breasts. | OED def. 4.c of "melon" |
| rack | *slang* (orig. *U.S.*). A woman's breasts. | OED def. 11 of "rack, *n.*[4]" |
| sucklers | [no relevant definition found in sources consulted] | |
| tits | *pl.* A woman's breasts. Also in *sing. slang* (orig. *U.S.*). | OED def. 1.b of "tit, *n.*[6]" |
| knockers | *pl.* The female breasts. *vulgar*. | OED def. 2.f of "knocker" |
| Vagina | | |
| bush | (A bushy growth of) pubic hair. *slang*. | OED def. 7.c of "bush, *n.*[1]" |
| cunt | The female external genital organs. . . . Its currency is restricted in the manner of other taboo-words[.] | OED def. 1 of "cunt" |
| furburger | The vulva. | DAS def. 1 of "furburger" |
| pussy | *coarse slang*. The female genitals; the vulva or vagina. | OED def. 3.a of "pussy, *n.* and *adj.*[2]" |
| puton | [no definition found in English-language sources consulted; possibly variation of Spanish *puta*, "whore, harlot," or *puto*, "sodomite"] | CSD defs. of "puta" and "puto" |
| taco | . . . the genitalia of an attractive woman. | OSD def. of 1 of "taco" |
| vaj.j | (noun): [slang] vagina | MWOD def. 1 of "vajayjay" |

| Penis | | |
|---|---|---|
| banana | [meaning "penis" not found in sources consulted, but often *used* in demonstrating use of condoms in schools] | |
| cock | = Penis . . . (The current name among the people, but, *pudoris causa*, not admissible in polite speech or literature; in scientific language the Latin is used. . . . .) | OED def. 20 of "cock, *n.*[1]" |
| dick | *slang.* The penis. *coarse*. | OED def. 3.b of "dick, *n.*[1]" |
| family jewels | In *pl. slang* and *euphem.* (orig. *U.S.*). The male genitals, esp. the testicles. | OED def. 2. Of "family jewel" |
| rocket | [meaning "penis" not found in sources consulted; *but cf.* "*pocket rocket*," a penis] | OSD def. 2 of "pocket rocket" |
| schlong | *U.S. slang*. The penis. Also applied contemptuously to a person. | OED def. of "schlong, *n.*" |
| schmeckle | [Yiddish:] penis, dick (vulg.) | YDO def. of "shmekele" |
| manhood | *Spec[ifically]* The sexual potency of a man; virility; (by extension) the male genitals; the penis. | OED def. 4.d of "manhood" |
| sausage | penis | OSD def. 2 of "sausage" |
| tricycle | [meaning "penis" not found in sources consulted] | |
| weiner | penis | OSD def. of "weiner" |
| Sexual Acts | | |
| 69 | Simultaneous cunnilingus and fellatio. *Cf. sixty-nine* | OED def. of "soixante-neuf" |
| blow job | *slang* (orig. *U.S.*), (the act of performing) cunnilingus or fellatio | OED def. 2 of "blow-" |
| doggy style | adj. describing the sex with a guy and girl where the guy enters the vagina from behind. | OSD def. of "doggystyle" |
| eating out | *usually vulgar*: to perform fellatio or cunnilingus on —often used with *out* | MWO def. 5 of "eat" |
| fingering | to insert a finger into the vulva; FINGERFUCK | DAS def 3 of "finger, *v.*" |
| fucking | An act of sexual intercourse. Also as a mass noun (esp. in early use): sexual intercourse. | OED def. 1.a of "fuck, *n.*" |
| hand job | *slang* (orig. *U.S.*) an act of (usually male) masturbation, esp. performed by one person on another | OED def. of "hand-job, *n.*" |
| humping | *trans.* and *intr.* To have sexual intercourse (with). *coarse slang.* | OED def. 5 of "hump, *v.*" |
| jack off | *usually vulgar*: masturbate | MWO def. of "jack off" |

| jerk off | *to jerk off* (trans. and intr.), to masturbate. *slang*. | OED def. 8 of "jerk, *v.*[1]" |
|---|---|---|
| whack off | *intr.* With *off*: to masturbate. *U.S. slang*. | OED def. 4 of "whack, *v.*" |
| gang bang | *slang* (orig. *U.S.*). An occasion on which several people (usually men) have sexual intercourse one after another with one person (usually a woman); (also) an instance of this; (more generally) a sexual orgy. | OED def. 1 of "gang-bang" |
| orgy | An occasion of feasting or revelry, *esp.* one characterized by excessive drinking and indiscriminate sexual activity. Now freq.: *spec[ifically]* an occasion of group sexual activity. | OED def. 3.a of "orgy, *n.*" |
| Body Fluid | | |
| cum | *n* Semen, or any fluid secreted at orgasm; *v* To have an orgasm; ejaculate semen | DAS defs. of "come *n* (also cum)" and "come *v*" |
| love juice | *slang*. A sexual secretion. | OED def. 2 of "love-juice" |
| pee-pee | Urine. | OED def. 2 of "pee, *n.*[5]" |