# Appendix B

**Student Notebook Pages**
(from Ozgu Decl. Ex. G)

Student Notes

Feb 6, 2008

P.O.- To identify behaviors through which HIV can be transmitted.

Terminology used for:

| Body Parts | Sexual Acts | Body Fluids |
|---|---|---|
| Breasts Vagina | masterbate | sperm vaginal fluid |
| jugs furburger | jerk off | cum saliva, blood |
| boobs pussy | jack off | urine |
| tits taco | whack off | pee-pee |
| melons puton | gang bang | love juice |
| hooters cunt | orgy | pussy juice |
| rack bush | blow job | |
| suckers vaj-j | fucking | |
| knockers | head job | |
| penis tricycle | humping | |
| dick rocket | 69 | |
| schlong lollipop | fingering | |
| 8 millimeter | doggy style | |
| manhood | eating out | |
| weiner | licking | |
| cock | | |
| sausage | | |
| banana | | |

D 000364

HW 24!? Calendar

Write an essay on how watching the Super Bowl can help your health

ISFAROCCO, Laurie
811

February 6, 2008

D.O. To identify behaviors through which HIV can be transmitted

Breast Milk:

Epidemic-
Pandemic-
Transmission-

Terminoly used for:

Body Parts                              Sexual Acts

obies, tits, melons                                                        toe job
ugs, boobs          Breasts / sucres / rack                Masturbate    cleaning
napkin patch, pussy         hooters / knockers / punani                       ears out
butter, taco         Vagina (cathatch ya) / box / cunt / ahon    Jerkoff  whack off / licking
kk, snakemeter, sting    Penis schmeckle / cock / family jewels (testes)        Jackoff
under(?, oneeyed)         nikmeter, peter, hot dog / frankfurter / nobby tricycle)        fingering
                     manhood / wiener / sausage / banana                   doggy style
                Anus (Anal)                     gangbang
                Oral                            orgy   handjob
                                                blowjob 69    organism
                                                              humping
                                                              Missionary

Body Fluids
         Sperm (semen)   cum    blood (love juice)
pussy juice                     Saliva
         Vaginal Fluids         preseminal fluid (pre-cum)
         breast milk   pee-pee

PAGE 12/29    BRIAN NICHOLSON

D 000365